# Exhibit 1

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) 2428 SC 0237 | Trial Court of Massachusetts Small Claims Session |  |
|---|---|---|---|

**NOTICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

**BMC:**

**District:** Northern Berkshire District Court

**Housing:**

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: **Justin Taylor Barrett** | Atty. Name: |
| Address: **123 Beaver St. #4** | Address: |
| City/State/Zip: North Adams, MA 01247 | City/State/Zip: |
| Phone No.: **4136722250** | Phone No.:                BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| Def. #1 Name: **United States Postal Service** | Def. #2 Name: **United States Postal Service** |
|---|---|
| Agent: **Thomas J. Marshall** Address: **475 L'Enfant Plaza SW** | Agent: **Emmanuel Olimpo** Address: **67 Summer St** |
| City/State/Zip: **Washington, DC 20260-1100** | City/State/Zip: **North Adams, MA 01247** |
| Phone No.: | Phone No.: **4136644554** |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE **$1,950.00** plus **$50.00** court costs for the following reasons:

I applied for a job with the United States Postal Service to work for them at their North Adams, Massachusetts office. My application was accepted from filling out a form on the United States Postal Service website and I was emailed a location and dates and times for paid orientation classes that would take place in their office in Springfield, Massachusetts. I attended all these classes as scheduled along with what they call a "Shadow Day" working at the North Adams Post Office itself for one day to see what my route would be. The problem with all this and why I'm filing a small claims suit is because in the one check I received (I filled out a form they sent me via email to resign after I found out the job was not what I had been expecting) from the United States Postal Service I was only ever paid for 1 out of the 4 days I worked for them. I also was not reimbursed gas mileage for driving from North Adams, MA to Springfield, MA like they said they would pay for to all the new employees I attended orientation with. I tried to get a hold of the Post Master in North Adams and could never get a call back or meet with him in person because when I would physically go to the North Adams Post Office and ask for him he wasn't there. I tried emailing the person who sent me the orientation email and the letter of resignation and got no reply either. I have also sent two different demand letters via certified mail that have been ignored as well.

| SIGNATURE OF PLAINTIFF: X /s/ Justin Barrett | DATE: 6/7/2024 |
|---|---|

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation: ☐ YES ☒ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
**Thomas Marshall; Emmanuel Olimpo**

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military.   ☐ I am unsure if the above defendant(s) is (are) in the military.

| SIGNATURE OF PLAINTIFF: X /s/ Justin Barrett | DATE: 6/7/2024 |
|---|---|

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

MH  7/23  9:30 Am