# Exhibit 2

# 2428SC000237-EF Barrett, Justin Taylor v. United States Postal Service

- Case Type:
- Small Claims
- Case Status:
- Open
- File Date
- 06/07/2024
- DCM Track:
- 
- Initiating Action:
- Small Claim $501-$2000
- Status Date:
- 06/07/2024
- Case Judge:
- 
- Next Event:
- 08/06/2024

**All Information** | **Party** | **Event** | **Docket** | **Disposition**

## Party Information

**Barrett, Justin Taylor**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  |  |

More Party Information

**United States Postal Service**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Canzoneri, Esq., Julian<br>Bar Code<br>691491<br>Address<br>U.S. Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210<br>Phone Number<br>(617)748-3170 |

More Party Information

**United States Postal Service**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

More Party Information

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 07/23/2024 09:30 AM | Small Claims |  | Magistrates Hearing - Small Claims | Reschedule of Hearing |
| 08/06/2024 10:00 AM | Virtual Court Session |  | Magistrates Hearing - Small Claims |  |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 06/07/2024 | Statement of Small Claims entered through e-file process. |  |  |  |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 06/07/2024 | Copy of contract/credit agreement filed on small claims action. | | | |
| 06/26/2024 | Small Claims Magistrate Hearing scheduled and notices sent to parties.<br>Event: Magistrates Hearing - Small Claims<br>Date: 07/23/2024  Time: 09:30 AM<br>Result: Reschedule of Hearing | | | |
| 06/26/2024 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). | | | |
| 07/23/2024 | Appearance filed<br>On this date Julian Canzoneri, Esq. added as Private Counsel for Defendant United States Postal Service | | 1 | |
| 07/23/2024 | Small Claims Magistrate Hearing scheduled and notices sent to parties.<br>Event: Magistrates Hearing - Small Claims<br>Date: 08/06/2024  Time: 10:00 AM | | | |
| 07/23/2024 | Motion for continuance allowed.<br><br>Judge: Morey, Timothy J | | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |