UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN TAYLOR BARRETT,

Plaintiff,

v.                                                    No. 3:24-cv-11992-KAR

UNITED STATES POSTAL SERVICE,

Defendant.

## JOINT MOTION FOR SETTLEMENT ORDER OF DISMISSAL

Plaintiff Justin Taylor Barrett and Defendant United States Postal Service (collectively, the "Parties") have come to agreement on all material terms necessary to resolve the dispute between them and expect to enter a settlement agreement.

WHEREFORE, the Parties jointly request that the Court enter an order dismissing this case without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty days if settlement is not consummated.

Dated: October 1, 2024

Respectfully submitted,

JUSTIN TAYLOR BARRETT

*/s/ Justin Taylor Barrett*
Justin Taylor Barrett, *pro se*
123 Beaver Street #4
North Adams, MA 01247

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3170
julian.canzoneri@usdoj.gov
*Counsel for the United States Postal Service*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by mail upon Plaintiff at the following address on October 1, 2024:

Justin Taylor Barrett
123 Beaver Street #4
North Adams, MA 01247

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney

2